Exhibit A
Copyrights Registration

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VAu 1-559-269

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 25, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | marble wall panel-2-1 and 1 Other Unpublished Work |
| **Content Title:** | marble wall panel-2-1 |
| | marble wall panel-2-2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| **Author:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| **Author Created:** | 2 Dimensional Artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| | 2nd Floor, No. 102, Shuangfeng Road, Futang Industrial Zone, Futang Town, Yiwu City, Jinhua City, Zhejiang Province, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| **Address:** | 2nd Floor, No. 102, Shuangfeng Road |
| | Futang Industrial Zone, Futang Town |
| | Yiwu City, Jinhua City, Zhejiang Province 322000 China |

Page 1 of 2

**Registration #:**   VAu001559269
**Service Request #:**   1-14902913313



Ipspeedy Intellectual Property Inc
Yan Gao
11601 Shadow Creek Pkwy
Suite 111-406
Pearland, TX 77584 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-559-396**

**Effective Date of Registration:**
April 09, 2025
**Registration Decision Date:**
July 28, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | marble wall panel-1 and 1 Other Unpublished Work |
| **Content Title:** | marble wall panel-1 |
| | marble wall panel-2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| **Author Created:** | 2 Dimensional Artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| | 2nd Floor, No. 102, Shuangfeng Road, Futang Industrial Zone, Futang Town, Yiwu City, Jinhua City, Zhejiang Province, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| **Address:** | 2nd Floor, No. 102, Shuangfeng Road |
| | Futang Industrial Zone, Futang Town |
| | Yiwu City, Jinhua City, Zhejiang Province 322000 China |

**Registration #:**   VAu001559396
**Service Request #:**   1-14902913211



Ipspeedy Intellectual Property Inc
Yan Gao
11601 Shadow Creek Pkwy
Suite 111-406
Pearland, TX 77584 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-419-507**

**Effective Date of Registration:**
August 21, 2024
**Registration Decision Date:**
October 28, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   May 01, 2023 to May 01, 2023

### Title

|  |  |
|---|---|
| **Title of Group:** | Ceramic tile shape |
| **Number of Photographs in Group:** | 2 |
| • **Individual Photographs:** | Ceramic tile shape 1, Ceramic tile shape 2 |
| **Published:** | May 2023 |

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | May 01, 2023 |
| **Latest Publication Date in Group:** | May 01, 2023 |
| **Nation of First Publication:** | China |

### Author

|  |  |
|---|---|
| • **Author:** | Yiwu Qijiayi Home Furnishings Co., Ltd. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

### Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Yiwu Qijiayi Home Furnishings Co., Ltd.<br>2nd Floor, No. 102, Shuangfeng Road, Futang Industrial Zone, Fotang Town, Yiwu City, Jinhua City, Zhejiang Province, 322000, China |

### Rights and Permissions

**Organization Name:** Yiwu Qijiayi Home Furnishings Co., Ltd.
**Address:** 2nd Floor, No. 102, Shuangfeng Road, Futang Industrial Zone, Fotang Town, Yiwu City, Jinhua City, Zhejiang Province, 322000 China

## Certification

**Name:** Qin Tao
**Date:** August 21, 2024

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.