Exhibit 1



